AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ NORMA A. AGUILAR

| | |
|---|---|
| Date | Signature |
| | Print Name                                       Bar Number |
| | Address |
| | City                    State                    Zip Code |
| | Phone Number                                     Fax Number |