MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

WITNESS LIST

UNITED STATES OF AMERICA  VS  J.G.S.

Type of Hearing: Evidentiary Hearing: Age Determination

Case Number: 07MJ8926

| DATE | PLF. | DEF. | WITNESS NAME |
|---|---|---|---|
| 11/20/07 | X | | Jorge Vega-Torres |
| 11/20/07 | X | | Justin Fox |
| 11/20/07 | X | | Joel Cruz |
| 11/20/07 | | X | Etelvina Serrano-Gonzalez |
| 11/20/07 | | X | Guillermo Fernandez-Villalobos |