MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

UNITED STATES OF AMERICA vs J.G.S.

___ Plaintiff   X Defendant   ___ Court

Type of Hearing: <u>Evidentiary Hearing : Age Determination</u>

Case Number: 07MJ8926

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| A. | 11/20/07 | 11/20/07 | Mexican birth certificate for Javier Garcia-Serrano |
| B. | 11/20/07 | 11/20/07 | Mexican CURB Identification Card for Javier Garcia-Serrano |
| C. | 11/20/07 | 11/20/07 | Mexican school certificate w/picture of Javier Garcia-Serrano |
| D. | 11/20/07 | 11/20/07 | Mexican identification credential card for Etelvina Serrano-Gonzalez |