MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

UNITED STATES OF AMERICA        VS  J.G.S.

_X_ Plaintiff   ___ Defendant   ___ Court      Type of Hearing: Evidentiary Hearing : Age Determination

Case Number: 07MJ8926

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1. | 11/20/07 | 11/20/07 | DVD video: Border patrol interview of Javier Garcia-Serrano |
| 2. | 11/20/07 | 11/20/07 | Apprehension report dated 10/5/07 w/ pictures of Javier Garcia-Serrano |
| 9. | 11/20/07 | 11/20/07 | Border patrol form 1426 for Javier Garcia-Serrano |